2513.   PETERS, administratrix, *v.* QUEEN INSURANCE Co.

PER CURIAM: This case is fully controlled by the instructions contained in the opinion of the Supreme Court upon the question raised by the record and certified to that court. Under that opinion the judgment of the lower court must be reversed. 137 *Ga*. 440 (73 S. E. 664).
                    *Judgment reversed. Pottle, J., not presiding.*
                    DECIDED FEBRUARY 12, 1912.

Action on insurance policy; from city court of Moultrie—Judge McKenzie. February 26, 1910.

*J. A. Wilkes, Shipp & Kline,* for plaintiff.
*King & Spalding, E. Marvin Underwood,* for defendant.